# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 22, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156823(53)

FRED PAQUIN,
        Plaintiff-Appellant,

v

CITY OF ST. IGNACE,
        Defendant-Appellee,
and

ATTORNEY GENERAL,
        Intervening Appellee.
_____/

SC: 156823
COA: 334350
Mackinac CC: 2015-007789-CZ

On order of the Chief Justice, the motion of intervening appellee to extend the time for filing its supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before September 25, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 22, 2018



Clerk